UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>GOMES, et al.,<br><br>        Defendants. | No. 2:21-cv-0781 DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants were deliberately indifferent to his mental health needs. Presently before the court is defendants' motion to opt out of the post-screening ADR (Alternative Dispute Resolution) project. (ECF No. 13.) Counsel for defendants states that after conducting a preliminary investigation into plaintiff's allegations, speaking with plaintiff, and conferring with their supervisor they have determined that proceeding with a settlement conference would be a waste of resources. The court finds good cause to grant the motion to opt out.

////

////

////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 13) is granted;

2. The stay in this action is lifted; and

3. Defendants shall file a responsive pleading within thirty (30) days of the date of this order.

Dated: December 9, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/powe0781.opt.out