UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>   Plaintiff,<br><br>   v.<br><br>GOMES, et al.,<br><br>   Defendants. | No. 2:21-cv-0781 DB P<br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants were deliberately indifferent to his mental health needs. Presently before the court is defendants' motion to amend the scheduling order. (ECF No. 17.) Counsel for defendants seeks an additional forty-five days because, despite diligent efforts, they have been unable to set a date to conduct plaintiff's deposition. Good cause appearing the court will grant the motion.

////

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties may conduct discovery until May 27, 2022

2. All pretrial motions, except motions to compel discovery, shall be filed on or before September 19, 2022; and

3. The court's January 14, 2022, discovery and scheduling order (ECF No. 16) remains the same in all other respects.

Dated: May 11, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/powe0781.eot.depo