UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL, | No. 2:21-cv-0781 DB P |
| Plaintiff, | |
| v. | <u>AMENDED ORDER</u> |
| GOMES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants were deliberately indifferent to his mental health needs. By order dated May 11, 2022, the undersigned granted defendants' motion to amend the discovery and scheduling order. (ECF No. 18.) The order granted the request for an additional forty-five days to conduct discovery, but inadvertently misstated the deadline for the completion of discovery. The court's order dated May 11, 2022 (ECF No. 18) is amended as set forth below.

////
////
////
////
////
////

1

IT IS HEREBY ORDERED that:

1. The parties may conduct discovery until June 27, 2022

2. All pretrial motions, except motions to compel discovery, shall be filed on or before September 19, 2022; and

3. The court's January 14, 2022, discovery and scheduling order (ECF No. 16) remains the same in all other respects.

Dated: May 13, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/powe0781.eot.depo  amd