Name and Prisoner/Booking Number: Adam Randolph Powell AB0341

Place of Confinement: CSP-SACRAMENTO

Mailing Address: PO Box 290066

City, State, Zip Code: Represa, Ca 95671

**FILED**

MAY 16 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

(Full Name of Plaintiff) Adam Randolph Powell,
          Plaintiff,

v.

CASE NO. 2:21-cv-00781 DB
(To be supplied by the Clerk)

(1) J. Gomez s
(Full Name of Defendant)

(2) K. Hudspeth

(3) individually and in their official

(4) capacities
          Defendant(s).

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

☐ Check if there are additional Defendants and attach page 1-A listing them.

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CSP-SACRAMENTO

Revised 3/15/2016

1

## Defendants

1. Name of first defendant: J. Gomez. The first Defendant is employed as a Correctional Officer at CSP-SACRAMENTO.

2. Name of second Defendant: K. Hudspeth. The second Defendant is employed as a Correctional Officer at CSP-SACRAMENTO.

Each defendant is sued individually and in his (or her) official capacity. At all times mentioned in this complaint, each defendant acted under the color of state law.

## Previous Lawsuits

1. Have you filed any other lawsuits while you were a prisoner? No.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Amendment 8, U.S. Constitution: Cruel & Unusual Punishment.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On October 7, 2020 I told CO Hudspeth I was suicidal yet he placed me back in my cell. I swallowed several pain medication bottles in front of CO Hudspeth. He walked away. My cellie Ahmad M. Jones yelled out "He's trying to kill himself!" Jones made several attempts calling CO Gomes who was working in control tower, B, he also told CO Hudspeth "He swallowed several bottles of pills you need to do something" when he came back at approximately 9:00pm for count but he ignored him. CO Jones then broke both windows out in the front of the cell to get me medical attention. Both CO's left me in pain for 1st Watch CO's to get me medical attention.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Tried killing myself because both defendants did not place me on immediate suicide watch per policy. Severe abdominal pain & severe headaches.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes  [ ] No
   b. Did you submit a request for administrative relief on Claim I?  [x] Yes  [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level?  [x] Yes  [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>US Constitution, Amendment 8 Cruel & Unusual Punishment</u>

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Both C.O Hudspeth & Gomes were aware that I swallowed multiple pain pill bottles with the intent of overdosing to kill myself. Even after my cellie Ahmad Jones broke out the cell windows they still did not call a medical emergency to get me medical attention. I received no help or medical attention until 11pm approx from 1st watch C.O's.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I laid in pain for 3-4 hours without medical aid, due to being abandoned by the defendants, I was suffering severe abdominal pain, & headaches.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

Request For Relief

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

Compensatory damages in the amount of $10,000.00 against each defendant, jointly and severally.

Punitive damages in the amount of $100,000.00 against each defendant.

A Jury Trial on all triable issues.

Plaintiff's costs in this suit.

Any additional relief this court deems just, proper, and equitable.

Dated

April 8, 2022

Respectfully Submitted,

/s/ 

Adam Powell
CSP-SACRAMENTO
P.O. Box 290066
Represa, Ca 95671

Verification: I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

6.

1 | Executed at Represa, California on April 8, 2022.

/s/ R?ll
Adam Randolph Powell

7.

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Adam R. Powell, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

P.O. Box 290066
Represa, Ca 95671

On, May 12, 2022, I served the following documents:

Motion to Amend Complaint

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Eastern Dist. Court
Office of the Clerk
501 I Street, Suite 4-200
Sacramento, Ca 95814-2322

2. F. Stevenson
Cal Attorney General
P.O. Box 944255
Sacramento, Ca 94244

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 12 day of May, 2022, at California State Prison - Sacramento, Represa, California.

(Signature) _____