UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMES, et al.,<br><br>    Defendants. | No. 2:21-cv-0781 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants were deliberately indifferent to his mental health needs. Presently before the court is defendants' ex parte request for an extension of time, nunc pro tunc, to file an answer. (ECF No. 23.) Good cause appearing, the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request for an extension of time nunc pro tunc to answer plaintiff's amended complaint (ECF No. 23) is granted; and

2. Defendants' answer (ECF No. 24) is deemed timely filed.

Dated: August 30, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/powe0781.eot.npt