UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GOMES, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-0781–DJC–DB–P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants were deliberately indifferent to his mental health needs. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2022, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 31.) Neither party has filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant

1

to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 22, 2022, are adopted in full; and

2.  The motion for summary judgment (ECF No. 27) is denied; and

3.  This matter is referred back to the Magistrate Judge for an evidentiary hearing to determine whether Plaintiff exhausted administrative remedies.

IT IS SO ORDERED.

Dated:   **May 1, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE