UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMES, et al.,<br><br>    Defendants. | No. 2:21-cv-0781 DJC DB P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR EXHAUSTION EVIDENTIARY HEARING |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2023, the District Court denied defendants' motion for summary judgment and referred this matter back to the undersigned for an evidentiary hearing to determine whether plaintiff exhausted administrative remedies. (ECF No. 34.)

The court finds the appointment of counsel for plaintiff is warranted and will appoint counsel for the limited purpose of representing plaintiff for an evidentiary hearing to determine whether plaintiff exhausted administrative remedies. Donald A. Lancaster Jr. has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Donald A. Lancaster Jr. is appointed as limited purpose counsel for plaintiff in the above titled matter. This appointment is for the limited purpose of representing plaintiff for an evidentiary hearing to determine whether plaintiff exhausted administrative remedies relative to the claims in this case.
2. Donald A. Lancaster Jr.'s appointment will terminate upon the order being issued on whether plaintiff exhausted his administrative remedies relative to the claims in this case.
3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. The parties are directed to contact Shelly Her, Courtroom Deputy, via email at sher@caed.uscourts.gov within 30 days of the date of this order to arrange scheduling of the evidentiary hearing. The evidentiary hearing will be held with all parties appearing remotely by video conference.
5. The Clerk of the Court is directed to serve a copy of this order upon Donald A. Lancaster Jr., The Lancaster Law Group, 1101 Marina Village Pkwy, Suite 201, Alameda, CA 94501.

Dated: June 8, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/powe0781.31(ev.hrg)