UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOMES, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-0781 DJC DB P<br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff alleges that defendants were deliberately indifferent to his mental health needs.  On May 2, 2023, the District Court denied defendants' motion for summary judgment and referred this matter back to the undersigned for an evidentiary hearing to determine whether plaintiff exhausted administrative remedies.  (ECF No. 34.)

  Thereafter, the undersigned appointed attorney Donald A. Lancaster Jr. to represent plaintiff for the limited purpose of resolving the exhaustion issue and scheduled an evidentiary hearing. (ECF Nos. 35, 36).  On November 16, 2023, the court commenced an evidentiary hearing via Zoom.  For reasons stated on the record, the court concluded the virtual proceedings and decided to continue the hearing so that the proceedings could be held in-person.  In light of plaintiff's incarceration, the court will allow plaintiff to appear in-person or via Zoom.  All other parties and witnesses shall appear in person.  Mr. Lancaster is advised that as set forth in Eastern

1

District of California General Order No. 558, he may seek reimbursement for costs associated with travel necessary to attend the hearing in-person. The parties will also be directed to meet and confer to determine whether any stipulations may be made regarding authenticity or admissibility of exhibits to be presented during the hearing.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The parties shall contact Courtroom Deputy Shelly Her to determine a date for the evidentiary hearing. Mr. Lancaster shall indicate whether plaintiff will appear in-person or via Zoom.

2. The parties shall meet and confer to determine whether any stipulations may be made regarding the authenticity or admissibility of any exhibits to be presented during the hearing. Any stipulations shall be filed no later than seven days prior to the hearing.

3. All parties, except plaintiff, and witnesses shall appear in-person at 501 I Street, Courtroom # 27 at the appointed date and time. Counsel shall promptly inform the court if any of the witnesses become unavailable.

4. If the parties seek to call witnesses other than, or in addition to, those identified in their witness lists they shall file an updated witness list no later than fourteen days before the evidentiary hearing.

5. The parties shall file any updated exhibit lists no later than fourteen days before the evidentiary hearing.

6. In all other aspects, the procedures outlined in the court's August 7, 2023, order setting the evidentiary hearing (ECF No. 36) remain unchanged.

Dated: November 16, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/powe0781.ev.hrg.reset