UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>GOMES, et al.,<br><br>        Defendants. | No.  2:21-cv-0781 DJC DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff alleges that defendants were deliberately indifferent to his mental health needs.  On May 2, 2023, the District Court denied defendants' motion for summary judgment and referred this matter back to the undersigned for an evidentiary hearing to determine whether plaintiff exhausted administrative remedies.  (ECF No. 34.)  Thereafter, the undersigned appointed counsel to represent plaintiff for the limited purpose of resolving the exhaustion issue. (ECF No. 35.)

      By order dated November 17, 2023, the parties were directed to contact Courtroom Deputy Shelly Her to determine a new date for an in-person evidentiary hearing.  (ECF No. 44.) The parties have complied with the court's order and a date has been ascertained.  The undersigned will issue a writ for plaintiff's attendance at the evidentiary hearing.  The parties

////

1

shall refer to the court's previous orders setting forth the procedures for the witnesses and exhibits at the evidentiary hearing.  (See ECF Nos. 36, 44.)

Accordingly, IT IS HEREBY ORDERED that an evidentiary hearing is set for January 17, 2024, at 9:00 a.m. at 501 I Street, Courtroom # 27.

Dated:  December 4, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/powe0781.ev.hrg.date