UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ADAM RANDOLPH POWELL,<br><br>Plaintiff,<br><br>v.<br><br>GOMES, et al.,<br><br>Defendants. | No. 2:21-cv-0781 DJC DB P<br><br><br><br>ORDER |
|---|---|

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On May 13, 2024, Judge Calabretta issued an order adopting the undersigned's April 1, 2024, findings and recommendations, finding plaintiff is excused from the exhaustion requirement of the PLRA, and referring this case back to the undersigned. Accordingly, this case will proceed to consideration of the merits of plaintiff's claims. To that end, this court requires a statement from each party proposing the next steps for this case.

For the foregoing reasons, IT IS HEREBY ORDERED that within twenty days, the parties shall each propose a schedule for going forward.

Dated: May 29, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/powe0781.prop sch

1