UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOMES, et al.,<br><br>　　　　　　Defendants. | No. 2:21-cv-0781 DJC DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action. On May 30, 2024, this court ordered the parties to propose a schedule for this case. They have done so. (ECF Nos. 62, 63.) Both seek additional time to conduct discovery and a deadline for dispositive motions. Plaintiff also seeks a settlement conference. Within ten days, defendants shall inform the court whether they feel a settlement conference before a judge is warranted at this time.

　　　　IT IS SO ORDERED.

Dated:  July 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Deborah Barnes
　　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/powe0781.d resp

1